

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00315-CV

Dakota Snow **PIKE GRANT**,
Appellant

v.

Jeffrey Alan **GRANT**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 27731
Honorable Carl Pendergrass, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the matter is REMANDED to the trial court for a new trial.

We order that appellant Dakota Snow Pike Grant recover her costs of this appeal from appellee Jeffrey Alan Grant.

SIGNED September 16, 2015.

Marilyn Barnard, Justice